NOT FOR PUBLICATION                                      CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
:
PATRIOT AVIATION, LLC                            :
:
    Plaintiff,                 :    Civil Action No. 05-5640 (JAP)
:
v.                                :
:    **ORDER**
THE STATE OF NEW JERSEY, et al.,                 :
:
    Defendants.                :
_____:

    Before the Court is a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 filed by Defendants The State of New Jersey, Department of Transportation, Richard Gimello, Deputy Attorney General Laura Eytan; and Greg McDonough. Having reviewed and considered the motion papers, opposition thereto, and reply papers, and for the reasons expressed in the accompanying letter opinion,

    **IT IS** on this 20th day of February, 2007,

    **ORDERED** that the motion for summary judgment filed by Defendants is **GRANTED**; and

    **FURTHER ORDERED** that this matter is hereby closed.

    **SO ORDERED**.

                                                    /s/ Joel A. Pisano
                                                  JOEL A. PISANO, U.S.D.J